# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN THOMAS ASTON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 73789

FILED

MAR 0 6 2018


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant's counsel previously filed a letter indicating that appellant is deceased and requesting guidance on how to proceed. On November 6, 2017, we entered an order instructing that appellant's personal representative, if any, should file a motion for substitution in this court pursuant to NRAP 43 within 90 days if he or she wished to proceed with this appeal. *See* NRAP 43(a); *Brass v. State*, 129 Nev. 527, 306 P.3d 393 (2013); *see also Walker v. Burkham*, 68 Nev. 250, 253-54, 229 P.2d 158, 160 (1951) ("Upon the death of a party . . . the [action] cannot proceed until someone is substituted for the decedent . . ."). We stated that if no personal representative was substituted within that time, this appeal would be dismissed. *See Brass*, 129 Nev. at 530, 306 P.3d at 395. To date, no personal

18-08857

representative has filed a motion for substitution or otherwise communicated with this court. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. James E. Wilson, District Judge
State Public Defender/Carson City
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk